**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | 20 Cr. 181 (PK) |
| -against- | : | NOTICE OF APPEAL |
| | | TO DISTRICT JUDGE |
| **KENT BULLOCH,** | : | OF MAGISTRATE JUDGE'S |
| Defendant. | | JUDGMENT OF CONVICTION |
| | : | AND SENTENCE |

-------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to 18 U.S.C. 3402 and Rule 58(g)(2)(B) of the Federal Rules of Criminal Procedure, defendant KENT BULLOCH hereby appeals to a Judge of the United States District Court for the Eastern District of New York from the Judgment entered on January 12, 2023 (ECF Document 85).

    /s/
Jeremy Gutman
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 644-5200
*Attorney for Defendant*
*Kent Bulloch*